**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JEFFREY HALL Jr., | ) |
| | ) |
| Plaintiff, | ) No. 18-CV-7427 |
| | ) |
| v. | ) The Honorable |
| | ) Franklin U. Valderrama, |
| CHICAGO POLICE OFFICER COLLINS, et al., | ) Judge Presiding. |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION ON ATTORNEY'S FEES AND COSTS**

Plaintiff Jeffrey Hall Jr. ("Plaintiff"), by and through his counsel, Jeffrey J. Neslund and Robert L. Robertson, and Defendants, Chicago Police Officer Brian Collins and the City of Chicago, by and through their undersigned counsel, submit the following stipulation regarding the award of attorney's fees and costs in the above-captioned case:

**WHEREAS**, a judgment was entered in Plaintiff's favor against Defendants on December 29, 2020 pursuant to Plaintiff's acceptance of Defendants' Rule 69 Offer of Judgment and Plaintiff's counsel, having provided evidence of their fees and costs to defense counsel pursuant to Local Rule 54.3(d),

**IT IS HEREBY STIPULATED**:

1. Defendant, the City of Chicago, as the indemnitor of Defendant Officer Brian Collins, agrees to pay Plaintiff's attorneys fees and costs in the amount of

$99,999.00, payable within 60 days of entry of an order by the Court consistent with this stipulation. Plaintiff agrees not to seek payment of his attorney's fees from any source other than Defendant City of Chicago.

Respectfully submitted,

/s/ Jeffrey J. Neslund
Jeffrey J. Neslund
20 N. Wacker Drive, Suite 3710
Chicago, IL 60606
(312) 223-1100
*One of the Attorneys for Plaintiff*

Chicago, Illinois 60602
(312) 744-6905 (Phone)
(312) 744-6566 (FAX)
mark.winistorfer2@cityofchciago.org
ARDC: 6310510
*Attorney for Defendant Collins*

CELIA MEZA
Acting Corporation Counsel, City of Chicago

By:  /s/ *Marion C. Moore*
       Marion C. Moore
       Chief Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
312-744-5170 (phone)
312-744-6566 (fax)
marion.moore@cityofchicago.org
Atty. No. 6302566
*Attorney for Defendant City of Chicago*

 /s/ *Mark D. Winistorfer*
Mark Winistorfer
Assistant Corporation Counsel III
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 420

2